**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MASSACHUSETTS**

| | |
|---|---|
| JASON WILSON, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TOKAI PHARMACEUTICALS, INC., JODIE P. MORRISON, SETH L. HARRISON, STEPHEN BUCKLEY, JR., CHERYL L. COHEN, DAVID A. KESSLER, and JOSEPH A. YANCHIK III,<br><br>Defendants. | <u>**CLASS ACTION**</u><br><br>Case No. <u>1:17-cv-10645 (DPW)</u> |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(a)(1)(A)**

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Jason Wilson ("Plaintiff") voluntarily dismisses the captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to the putative class in the Action. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated June 6, 2017

**MATORIN LAW OFFICE, LLC**

/s/ Mitchell J. Matorin
Mitchell J. Matorin (BBO# 649304)
18 Grove Street, Suite 5
Wellesley, Massachusetts 02482
Tel: (781) 453-0100

Email: mmatorin@matorinlaw.com

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212)971-1341
Email: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff Jason Wilson*

### Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 6, 2017.